UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>TRINA A SAYRE | : | Case No:   06-52060 |
| | : | Chapter 13 |
| | : | Judge:   CHARLES M. CALDWELL |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  July 19, 2011                                       /s/ Frank M. Pees
                                                            _____
                                                            Frank M. Pees
                                                            Chapter 13 Trustee

**Name and Address**                                        **Amount**

TRINA A SAYRE                                               29.11
1612 REAVER LN
COLUMBUS, OH  43223